Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, *v.* STATE TAX COMMISSION, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOWERY SAVINGS BANK, Respondent, *v.* STATE TAX COMMISSION, Appellant.

*Tax — mortgage tax — recording tax improperly assessed on two mortgages executed to take place of blanket mortgage on two houses, between same parties and each covering portion of same property.*

*People ex rel. New York T. & M. Co.* v. *State Tax Comm.*, 220 App. Div. 396, affirmed.

*People ex rel. Bowery Savings Bank* v. *State Tax Comm.*, 220 App. Div. 396, affirmed.

(Argued May 31, 1927; decided June 14, 1927.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1927, which annulled on certiorari a determination of the State Tax Commission that a certain mortgage owned by relator was not exempt from payment of a recording tax. A blanket mortgage was executed covering a plot of ground on which two buildings were being erected and the recording tax paid thereon. It contained a provision that upon completion of the buildings it should be divided into two separate mortgages each covering a portion of the premises. In accordance therewith two mortgages were afterwards made and delivered between the same parties. They were presented for record with an affidavit stating the facts and the request that they be recorded without payment of an additional tax. This was denied.

*Albert Ottinger*, Attorney-General (*Henry S. Manley* of counsel), for appellant.

*Henry M. Bellinger* and *L. L. Osborn* for respondent.

Order in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, KELLOGG and O'BRIEN, JJ. Dissenting: POUND and ANDREWS, JJ. Absent: LEHMAN, J.